IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) No. 2:12-CR-091 GEB
        Plaintiff, )
    v. ) RELATED CASE ORDER
RYAN ALAN RICHMOND, )
        Defendant. )
_____ )

) No. 2:11-CR-510 WBS
UNITED STATES OF AMERICA, )
        Plaintiff, )
) RELATED CASE ORDER
    v. )
RYAN ALAN RICHMOND, )
        Defendant. )
_____ )

      Examination of the above-entitled actions reveal that they are related within the meaning of Local Rule 83-123(a)(E.D. Cal. 1997). The actions involve the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

      The parties should be aware that relating the cases under Local Rule 83-123 merely has

the result that these actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated, Cr.S. 12-091-GEB are reassigned to Judge William B. Shubb for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on the documents filed in this reassigned case shall be shown as **<u>United States v. Ryan Richmond</u> Cr.S. 11-510-WBS.**

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of this criminal case to compensate for this reassignment.

IT IS SO ORDERED.

DATED: April 12, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE